Harry Jacob Hanchar
22 Wedgewood Lane
Pittsburgh, PA 15215
(412) 852-7132
Hjh122@gmail.com

August 2nd, 2026

Clerk of Court
United States District Court
District of New Jersey – Newark Vicinage
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Dialectic PR, LLC v. Anki, LLC f/k/a Digital Dream Labs, Inc. and Harry Jacob Hanchar

Civil Action No. 2:26-cv-05764-CCC-JBC

Notice of Recent Developments

Dear Clerk of Court,

Enclosed for filing please find Defendant Harry Jacob Hanchar's Notice of Recent Developments, Verification, and Certificate of Service.

The Notice advises the Court of material recent developments relevant to the pending Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Stay Proceedings, including:

1. The July 9, 2026 Order appointing a Receiver Pendente Lite with exclusive control over the digital assets at issue in this case;
2. Plaintiff's subsequent attempt to obtain a clerk's judgment, which was refused; and

3. Contact by Plaintiff's counsel with the court-appointed Receiver that was placed on the record on July 31, 2026.

I respectfully request that this filing be brought to the attention of the Honorable Claire C. Cecchi in light of the pending motion.

Thank you for your assistance.

Respectfully submitted,

Harry Jacob Hanchar

Pro Se (Solely in his individual capacity)

Enclosures:

1. Notice of Recent Developments
2. Service Confirmation
3. Verification

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(Newark Vicinage)

DIALECTIC PR, LLC,

Plaintiff,

v.

ANKI, LLC f/k/a DIGITAL DREAM LABS, INC.

and

HARRY JACOB HANCHAR,

Defendants.

Civil Action No. 2:26-cv-05764-CCC-JBC

DEFENDANT HARRY JACOB HANCHAR'S NOTICE OF RECENT DEVELOPMENTS

Defendant Harry Jacob Hanchar, appearing pro se solely in his individual capacity, respectfully submits this Notice of Recent Developments for the Court's consideration in connection with the pending Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Stay Proceedings.

On July 9, 2026, the Court of Common Pleas of Allegheny County, Pennsylvania, in Hanchar v. Swingle et al., No. GD-25-013191, entered an Order appointing Attorney John J. Richardson as Receiver Pendente Lite with exclusive possession and control over the Receivership Digital Assets. Those assets expressly include the GitHub repositories, IONOS hosting accounts, domains, subscription billing accounts, customer data, and related digital assets that are the subject of Plaintiff's claims in this action.

The July 9, 2026 Order further enjoins all persons and entities, including parties, creditors, and attorneys, from commencing, prosecuting, continuing, or enforcing any suit or proceeding against or affecting the Receivership Digital Assets without first obtaining leave of the Allegheny County Court, and from creating any liens or interfering with the Receiver's exclusive control. The Allegheny County Court retained exclusive jurisdiction over the Receivership Digital Assets.

Plaintiff had attempted to obtain a clerk's judgment in this action after the July 9th 2026 ruling. That attempt was refused.

On or about July 31, 2026, counsel for Plaintiff, David Rubenstein, Esq., contacted the court-appointed Receiver. This contact was placed on the record during a meeting held that day.

Defendant respectfully submits that these developments are material to the issues raised in the pending Motion to Transfer Venue or Stay, including considerations of comity, judicial economy, the risk of inconsistent rulings, and the current exclusive control of the subject assets by a Pennsylvania court-appointed Receiver.

Defendant respectfully requests that the Court take these recent developments into account in ruling on the pending Motion.

Respectfully submitted,

Harry Jacob Hanchar
Pro Se (Solely in his individual capacity)
August 2nd, 2026
22 Wedgewood Lane
Pittsburgh, PA 15215
(412) 852-7132
Hjh122@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2026, a true and correct copy of the foregoing Notice of Recent Developments was served upon counsel for Plaintiff via the Court's electronic filing system (or by email/mail if required) at the following address:

David Rubenstein, Esq.
Rubenstein Business Law
100 Horizon Center Boulevard
Hamilton, NJ 08691
Drubenstein@RubensteinBusinessLaw.com

________________________
Harry Jacob Hanchar

VERIFICATION

I, Harry Jacob Hanchar, am the Defendant in the above-captioned action and appear pro se solely in my individual capacity. I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I have read the foregoing Notice of Recent Developments.
2. The factual statements contained in the Notice of Recent Developments are true and correct to the best of my knowledge, information, and belief.
3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of August, 2026.

Harry Jacob Hanchar
22 Wedgewood Lane
Pittsburgh, PA 15215
(412) 852-7132
Hjh122@gmail.com