UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DIALECTIC PR, LLC,**

Plaintiff,

v.

**ANKI, LLC f/k/a DIGITAL DREAM LABS, INC. and HARRY JACOB HANCHAR,**

Defendants.

Civil Action No.
2:26-cv-05764-CCC-JBC

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT ANKI, LLC f/k/a DIGITAL DREAM LABS, INC.**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Dialectic PR, LLC respectfully requests that the Clerk enter default against Defendant ANKI, LLC f/k/a Digital Dream Labs, Inc. ("ANKI") for failure to plead or otherwise defend this action.

As set forth in the accompanying Declaration of David Rubenstein, Esq., ANKI was served with the Summons and Complaint on February 16, 2026, by delivery to Harry Jacob Hanchar, ANKI's principal and a person authorized to accept service on its behalf, at 22 Wedgewood Lane, Pittsburgh, Pennsylvania 15215. ANKI's time to answer, move, or otherwise respond has expired. ANKI has not appeared through licensed counsel, answered the Complaint, filed a motion directed to the Complaint, or otherwise defended this action.

Although Harry Jacob Hanchar has appeared pro se in his individual capacity, he is not an attorney and cannot appear for or represent ANKI, a limited liability company. Accordingly, Hanchar's individual filings do not constitute an appearance, answer, or defense on behalf of ANKI.

Plaintiff therefore requests that the Clerk enter ANKI's default pursuant to Federal Rule of Civil Procedure 55(a).

Dated: Oct. 15, 2026

**RUBENSTEIN BUSINESS LAW**
Attorneys for Plaintiff Dialectic PR, LLC
100 Horizon Center Boulevard
Hamilton, New Jersey 08691
(609) 528-5673

**By: /s/ David Rubenstein**
David Rubenstein, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DIALECTIC PR, LLC,**

Plaintiff,

v.

**ANKI, LLC f/k/a DIGITAL DREAM LABS, INC. and HARRY JACOB HANCHAR,**

Defendants.

Civil Action No.
2:26-cv-05764-CCC-JBC

**DECLARATION OF DAVID RUBENSTEIN, ESQ. IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST ANKI, LLC**

I, David Rubenstein, Esq., declare as follows:

1. I am an attorney admitted to practice in the State of New Jersey and before this Court, and I am counsel for Plaintiff Dialectic PR, LLC in this action.
2. I am familiar with the pleadings, docket, and procedural history of this action.
3. Plaintiff commenced this action in the Superior Court of New Jersey, Law Division, Bergen County, under Docket No. BER-L-1813-26.
4. The Complaint names ANKI, LLC f/k/a Digital Dream Labs, Inc. and Harry Jacob Hanchar as Defendants.
5. On February 16, 2026, at approximately 9:00 a.m., ANKI was served with the Summons, Complaint, Civil Case Information Statement, and related papers at 22 Wedgewood Lane, Pittsburgh, Pennsylvania 15215.
6. Service was made by leaving the papers with Harry Jacob Hanchar, identified in the Affidavit of Service as ANKI's principal and a person authorized to accept service on ANKI's behalf.
7. A true and correct copy of the Affidavit of Service is annexed as Exhibit A.
8. ANKI's time to answer, move, or otherwise respond to the Complaint has expired and has not been extended by agreement or Court Order.
9. ANKI has not filed an answer, motion, or other response to the Complaint.
10. ANKI has not entered an appearance through licensed counsel.

11. Hanchar has filed papers solely in his individual capacity and has expressly identified himself as appearing pro se only for himself.
12. Hanchar is not admitted as an attorney and cannot represent ANKI in federal court. Therefore, his individual filings do not constitute an appearance or defense by ANKI.
13. ANKI has otherwise failed to plead or defend this action.
14. To my knowledge, ANKI is not an infant, an incompetent person, or a person in military service. ANKI is a business entity.
15. Plaintiff therefore respectfully requests that the Clerk enter default against ANKI pursuant to Federal Rule of Civil Procedure 55(a).
16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026.

**/s/ David Rubenstein**
David Rubenstein, Esq.

# EXHIBIT A

20260206171932

DIALECTIC PR, LLC

Plaintiff

vs

ANKI, LLC F/K/A DIGITAL DREAM LABS, INC., ET AL

Defendant

Superior Court Of New Jersey

BERGEN Venue

Docket Number: BER L 1813 26

**Person to be served** (Name and Address):
ANKI, LLC
22 WEDGEWOOD
PITTSBURGH PA 15215
**By serving:** ANKI, LLC

**Attorney:** DAVID RUBENSTEIN, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, CERTIFICATION

**Service Data:** [✓] Served Successfully [ ] Not Served

Date/Time: 2/16/26 9:00 am

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[✓] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ ______.____

Name of Person Served and relationship/title:

Harry Hanchar

principal

**Description of Person Accepting Service:**

SEX: m AGE: 45 HEIGHT: 6 WEIGHT: 300 SKIN: w HAIR: balding OTHER: ______

**Unserved:**

[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on: Date/Time: ______
Date/Time: ______
Date/Time: ______

Other:

**Served Data:**
Subscribed and Sworn to me this
18 day of FEB, 20 26

Notary Signature: [signature]

Name of Notary Commission Expiration

Commonwealth of Pennsylvania - Notary Seal
JOHN M. O'SHEA, Notary Public
Allegheny County
My Commission Expires September 26, 2028
Commission Number 1265266

I, Kirk Vaughan
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 02/18/2026
Signature of Process Server Date

Name of Private Server: Address: 2009 Morris Avenue UNION, NJ 07083 Phone: (800) 672-1952